MARC J. FAGEL (CA BAR NO. 154425) (fagelm@sec.gov)
MICHAEL S. DICKE (CA BAR NO. 158187) (dickem@sec.gov)
PATRICK T. MURPHY (Admitted in New York) (murphyp@sec.gov)
KASHYA K. SHEI (CA BAR NO. 173125) (sheik@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 08 0375 JF |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SAIYED ATIQ RAZA, | |
| Defendant. | |

I, Martha D. Dewing, am a citizen of the United States, over 18 years of age and not a party or counsel to a party in this action. On January 25, 2008, I served:

FINAL JUDGMENT AS TO DEFENDANT SAIYED ATIQ RAZA

CERTIFICATE OF SERVICE

I served a true and correct copy via Federal Express, marked for next business day delivery, with shipping fees provided for, addressed to the following:

    Thomas F. Carlucci
    Foley & Lardner LLP
    One Maritime Plaza, Suite 600
    San Francisco, CA 94111

1

SEC v. Saiyed Atiq Raza, CV 08 0375                                                                   Certificate of Service

Pamela Johnston
Foley & Lardner LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071

Julie Smith
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007

Counsels for Saiyed Atiq Raza

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on January 25, 2008.

_____
Martha D. Dewing