

**Corporate Trust Services**
One California Street, Suite 2100
San Francisco, CA 94111
www.usbank.com/corporatetrust

FILED

2008 FEB -6  A 10: 39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

February 5, 2008

**Via Overnight Delivery**

Clerk of the Court
U.S. District Court for the N. District of California
280 South 1st Street
San Jose, CA 95113

   Re: *Securities and Exchange Commission v. Saiyed Atiq Raza*
     5:08cv00375

To the Clerk of the Court:

  Pursuant to the Final Judgment entered on January 24, 2008 in *Securities and Exchange Commission v. Saiyed Atiq Raza*, 5:08cv00375, please find enclosed a check in the amount of $2,977,842.00 that had been deposited in an escrow account at U.S. Bank National Association by Defendant Saiyed Atiq Raza. These funds were released according to the terms of the Final Judgment, and payment is made pursuant to the Final Judgment.

  Thank you for your consideration.

Very Truly Yours,

U.S. Bank National Association, as Escrow Agent

Andrew Fung
Vice President

Cc: Marc J. Fagel
   Associate District Administrator
   U.S. Securities & Exchange Commission
   44 Montgomery Street, Suite 2600
   San Francisco, California 94104

