\*\*E-Filed 6/1/09\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>SAIYED ATIQ RAZA,<br><br>        Defendant. | Case Number C 08-375 JF (RS)<br><br>ORDER SUBMITTING MOTION FOR DISBURSEMENT OF FUNDS WITHOUT ORAL ARGUMENT AND GRANTING MOTION<br><br>[re: docket no. 16 ] |

On May 7, 2009, Plaintiff filed a motion for disbursement of funds, noticed for hearing on June 12, 2009. Under this Court's Civil Local Rules, any opposition to the motion was due by May 22, 2009. Civ. L.R. 7-3. No opposition has been filed. The Court concludes that this matter is appropriate for submission without oral argument. *See* Civ. L.R. 7-1(b).

For good cause shown, the motion is GRANTED. The Court has signed Plaintiff's proposed order for issuance with the instant order.

DATED: 6/1/09

_____
JEREMY FOGEL
United States District Judge

1 | Copies of Order served on:
2 |
3 | Kashya Kao-Hsiu Shei sheik@sec.gov
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

2

Case No. C 08-375 JF (RS)
ORDER SUBMITTING MOTION FOR DISBURSEMENT OF FUNDS WITHOUT ORAL ARGUMENT ETC.
(JFLC2)