MARC J. FAGEL (BAR NO. 154425) (fagelm@sec.gov)
MICHAEL S. DICKE (BAR NO. 158187) (dickem@sec.gov)
ROBERT LEACH (BAR NO. 196191) (leachr@sec.gov)
KASHYA K. SHEI (BAR NO. 173125) (sheik@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500

**E-Filed 6/1/09

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 08-00375-JF |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER APPROVING DISTRIBUTION PLAN |
| SAIYED ATIQ RAZA, | |
| Defendant. | |

The Court, having reviewed the Plaintiff Securities and Exchange Commission's Motion for Approval of Distribution Plan and for good cause shown,

IT IS HEREBY ORDERED:

That the Commission's plan for distributing the Fair Fund (the "Distribution Plan"), being fair and reasonable, is approved and authorized in all respects. The assets of the Fair Fund shall remain in *custodia legis* of the Court.

Dated: ___June 1_____, 2009        _____
                                          JEREMY FOGEL
                                          UNITED STATES DISTRICT JUDGE