MARC J. FAGEL (BAR NO. 154425) (fagelm@sec.gov)
MICHAEL S. DICKE (BAR NO. 158187) (dickem@sec.gov)
ROBERT LEACH (BAR NO. 196191) (leachr@sec.gov)
KASHYA K. SHEI (BAR NO. 173125) (sheik@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500

**E-Filed 9/16/2009**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> SAIYED ATIQ RAZA, <br><br> Defendant. | Case No. CV 08-0375 JF <br><br> [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX PENALTIES AND INTEREST |

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Penalties and Interest, and for good cause shown,

IT IS HEREBY ORDERED:

1. The Clerk of the Court shall issue a check under the case name designation "SEC v. Saiyed Atiq Raza," and case number CV 08-0375 JF for the amount of $282.17, payable to "Damasco & Associates Trust Account," for the payment of tax penalties and interest of the Distribution Fund.  The check shall contain the notation "SEC v. Saiyed Atiq Raza; case no. CV 08-0375 JF and; EIN 26-4252846."

2. The Clerk shall send the checks by overnight mail to:

> Damasco & Associates
> 700 Monte Vista Lane
> Half Moon Bay, CA 94019

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

SO ORDERED.

Dated: September 16, 2009

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE