MARC J. FAGEL (BAR NO. 154425) (fagelm@sec.gov)
MICHAEL S. DICKE (BAR NO. 158187) (dickem@sec.gov)
ROBERT LEACH (BAR NO. 196191) (leachr@sec.gov)
KASHYA K. SHEI (BAR NO. 173125) (sheik@sec.gov)

**E-Filed 3/15/2010**

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAIYED ATIQ RAZA,<br><br>             Defendant. | Case No. CV 08-0375 JF<br><br>[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX ADMINISTRATOR'S FEES AND COSTS |

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Administrator's Fees and Costs, and the supporting Declarations of the Tax Administrator, and for good cause shown,

IT IS HEREBY ORDERED:

1.    The Clerk of the Court shall issue a check under the case name designation "SEC v. Saiyed Atiq Raza," and case number CV 08-0375 JF for the amount of $3,071.89 payable to Damasco & Associates LLP, for the payment of tax services and related costs of the Distribution

*SEC v. Raza*, Case No. CV-08-0375 JF
[Proposed] Order to Disburse Funds to
Pay Tax Administrator's Fees and Costs

Fund. The check shall contain the notation "SEC v. Saiyed Atiq Raza; case no. CV 08-0375 JF; EIN 26-4252846 and invoice no. 23075."

  2. The Clerk shall send the check by overnight mail to:

> Damasco & Associates
> 700 Monte Vista Lane
> Half Moon Bay, CA 94019

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

SO ORDERED.

Dated: 3/15/2010 , 2010

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

- 2 -

SEC v. Raza, Case No. CV-08-0375 JF
[Proposed] Order to Disburse Funds to
Pay Tax Administrator's Fees and Costs