MARC J. FAGEL (BAR NO. 154425) (fagelm@sec.gov)
MICHAEL S. DICKE (BAR NO. 158187) (dickem@sec.gov)
ROBERT LEACH (BAR NO. 196191) (leachr@sec.gov)
KASHYA K. SHEI (BAR NO. 173125) (sheik@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500

**E-Filed 8/23/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 08-0375 JF |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER TO DISBURSE FUNDS TO DISTRIBUTION ACCOUNT AND TO PAY DISTRIBUTION AGENT |
| SAIYED ATIQ RAZA, | |
| Defendant. | |

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Distribution Account and to Pay Distribution Agent, and for good cause shown,

IT IS HEREBY ORDERED:

1.   The Clerk of the Court shall wire $757,245.00 to account number 01891662889, established at Huntington National Bank, routing number 044000024, account name "Trust Wire Account, SEC v. Raza Distribution Fund #1087156213."

2.   The Clerk of the Court shall issue a check under case designation "SEC v. Saiyed Atiq Raza," and case number CV-08-0375 JF for the amount of $59,360.32 to Gilardi & Company, LLC,

*SEC v. Raza*, Case No. CV-08-0375 JF
[Proposed] Order to Disburse Funds to
Distribution Account and to Pay Distribution Agent

1 | for the payment of cost and fees as for its services undertaken pursuant to the Court approved
2 | Distribution Plan.  The check shall contain the notation "SEC v. Saiyed Atiq Raza; case no. CV 08-
3 | 0375 JF; EIN 26-4252846."
4 |     2.    The Clerk shall send the check by overnight mail to:

> Gilardi & Company, LLC
> 3301 Kerner Blvd.
> San Rafael, CA 94901

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

    SO ORDERED.

Dated: __August 20__, 2010            _____
                                      JEREMY FOGEL
                                      UNITED STATES DISTRICT JUDGE

- 2 -   *SEC v. Raza*, Case No. CV-08-0375 JF
[Proposed] Order to Disburse Funds to
Distribution Account and to Pay Distribution Agent