MARC J. FAGEL (BAR NO. 154425) (fagelm@sec.gov)
MICHAEL S. DICKE (BAR NO. 158187) (dickem@sec.gov)
ROBERT LEACH (BAR NO. 196191) (leachr@sec.gov)
KASHYA K. SHEI (BAR NO. 173125) (sheik@sec.gov)

**E-Filed 9/1/2010**

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   vs.<br><br>SAIYED ATIQ RAZA,<br><br>   Defendant. | Case No. CV 08-0375 JF<br><br>[~~PROPOSED~~] AMENDED ORDER TO DISBURSE FUNDS TO DISTRIBUTION ACCOUNT AND TO PAY DISTRIBUTION AGENT |

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Distribution Account and to Pay Distribution Agent, and for good cause shown,

IT IS HEREBY ORDERED:

1. The Clerk of the Court shall issue a check under case designation "SEC v. Saiyed Atiq Raza," and case number CV-08-0375 JF for the amount of $757,245.00 made payable to SEC v. Raza Distribution Fund. The check shall contain the notation "SEC v. Saiyed Atiq Raza; case no. CV 08-0375 JF; EIN 26-4252846."

*SEC v. Raza*, Case No. CV-08-0375 JF
[Proposed] Amended Order to Disburse Funds to
Distribution Account and to Pay Distribution Agent

2. The Clerk of the Court shall issue a check under case designation "SEC v. Saiyed Atiq Raza," and case number CV-08-0375 JF for the amount of $59,360.32 to Gilardi & Company, LLC, for the payment of cost and fees as for its services undertaken pursuant to the Court approved Distribution Plan. The check shall contain the notation "SEC v. Saiyed Atiq Raza; case no. CV 08-0375 JF; EIN 26-4252846."

3. The Clerk shall send both checks by overnight mail to:

> Gilardi & Company, LLC
> 3301 Kerner Blvd.
> San Rafael, CA 94901
> Attn: Chris Andreis

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

SO ORDERED.

Dated: __September 1__, 2010         _____
                                      JEREMY FOGEL
                                      UNITED STATES DISTRICT JUDGE

- 2 -   *SEC v. Raza*, Case No. CV-08-0375 JF
[Proposed] Amended Order to Disburse Funds to
Distribution Account and to Pay Distribution Agent