**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | No. C 08-00375 JF |
| Plaintiff(s), | ORDER RE UNITED STATES TREASURY FUNDS |
| v. | |
| SAIYED ATIQ RAZA | |
| Defendant(s). | |

Pursuant to the Order Terminating The Fair Fund, Including Directing Payments, Discharging Distribution Agent and Tax Administrator, and Transferring All Funds to the United States Treasury, filed herein on July 15, 2011,

IT IS HEREBY ORDERED that the funds to be transferred to the United States Treasury by the Clerk of the Court be sent to:

> Office of Financial Management
> US Securities and Exchange Commission
> 100 F Street, N.E., Mail Stop-6042
> Washington, DC  20549

IT IS SO ORDERED.

Dated: August 4, 2011

_____
JEREMY FOGEL
United States District Judge